# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ASHLEY COGAR

NO. 2023 KW 1284

**MARCH 13, 2024**

---

In Re: Ashley Cogar, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 79,435.

---

**BEFORE: GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT